IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 96-60746
_____


EDWARD B. STEWART, JR.,

                                        Plaintiff-Appellant,

                              versus

SHEILA E. WIDNALL, Secretary of
the Air Force,

                                        Defendant-Appellee.

_____

Appeal from the United States District Court for the
Southern District of Mississippi
1:95-CV-436)
_____
November 12, 1997

Before JOLLY, DAVIS, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

        The judgment of the district court is AFFIRMED.  See 47.6.

                                        A F F I R M E D.[1]

_____

        [*]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

        [1]IT IS ORDERED that the motions of the appellee to correct
brief with corrected standard of review, for leave to supplement
the record, and to strike portions of the appellant's reply brief
are DENIED as MOOT.